154 A.3d 165

LEONARD PATTI, PLAINTIFF-PETITIONER, v. GEORGE PECK, DEFENDANT-RESPONDENT.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification-of the judgment in A-003837-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 165

LISA R. WORTHY, PLAINTIFF-RESPONDENT, v. KENNEDY HEALTH SYSTEM; ET AL., DEFENDANTS, AND JOSEPH P. CURRERI, D.O., DEFENDANT-PETITIONER, AND THOMAS WETJEN, D.O., DEFENDANT.

October 7, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002698-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.